UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RACHEL SCOTT, on her own behalf and
others similarly situated,

          Plaintiff,

vs.                                    Case No.  3:11-cv-292-J-20MCR

OPIS MANAGEMENT RESOURCES, LLC,
a Florida Limited Liability Company, and
MARILYN G. WOOD, individually,

          Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Conduct Case Management Conference Via Telephone (Doc. 12) filed June 6, 2011.  Plaintiff requests an Order allowing the parties to appear and participate by telephone to conduct their Case Management Conference.

Local Rule 3.01(i) provides that: "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities." M.D. Fla. L.R. 3.01(I).  Here, Counsel for Plaintiff is located in Boca Raton, Florida and counsel for Defendants is located in Tampa, Florida.

In light of the geographic distance between the offices of counsel for Plaintiff and Defendants, and to advance the interest of keeping the costs and fees associated with this litigation to the minimum amount practicable, the Court finds Plaintiff's Motion to due to be granted.  Accordingly, it is

**ORDERED:**

Plaintiff's Motion to Conduct Case Management Conference Via Telephone (Doc. 12) is **GRANTED.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  7th  day of June, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party